UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 2:25-08876-FLA (RAO) | Date: | December 8, 2025 |
| Title: | Reginald Williams v. County of Los Angeles et al. | | |

Present:     The Honorable     **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| E. Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE RE FAILURE TO FILE CERTIFICATE, FAILURE TO PROSECUTE, AND COMPLY WITH COURT ORDERS**

On September 5, 2025, Plaintiff Reginald Williams ("Plaintiff"), proceeding *pro se*, filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983 and a request to proceed without prepayment of filing fees ("IFP Request"). Dkt. Nos. 1, 2, 4. In support of his request to proceed without prepayment of the filing fees, Plaintiff stated that the Los Angeles County Jail did not provide the relevant forms. Dkt. No. 4.

On October 9, 2025, the Court issued an order directing the Clerk of the Court to provide Plaintiff with a Form CV-60P. Dkt. No. 6. Plaintiff was directed to fill out the form and provide it to jail staff so that a Certificate of Authorized Officer could be completed and a copy of Plaintiff's trust account statement could be provided. *Id*. The Court ordered Plaintiff to send in the completed form along with the Certificate of Authorized Officer by November 10, 2025. *Id*. The Court's order also directed that, if Plaintiff were unable to obtain a signed certificate with the trust account statement, then Plaintiff shall file a response so indicating by November 10, 2025. *Id*.

The deadline for Plaintiff to respond to the Court's order has passed, and Plaintiff has not filed a completed form along with a certificate, nor has he otherwise responded to the Court's order.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **January 5, 2026**, why this case should not be dismissed for failure to prosecute and to comply with court orders. Alternatively, Plaintiff may file the completed Form CV-60P and signed certificate, or an explanation as to why he has been unable to obtain a certificate.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 2:25-08876-FLA (RAO)                                    Date:  December 8, 2025
Title:         Reginald Williams v. County of Los Angeles et al.

**Plaintiff's failure to timely respond to this Order <u>will</u> result in a recommendation that this case be dismissed.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | er |